No. 66928.—C. J. Tower & Sons of Buffalo, Inc. v. United States, protests 61/8669 and 61/8670 (Buffalo).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of (1) a Theratron Junior Therapy Unit, (2) an Eldorado Super G Therapy Unit, and (3) a Model F. Theratron Therapy Unit, imported for the use of nonprofit organizations, the claim of the plaintiff was sustained.